ADMINISTRATIVE TERMINATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| C.R. BARD, INC., | : | |
| Plaintiff, | : | Civil Action No. 12-050 (KSH) |
| v. | : | |
| LEXINGTON INSURANCE COMPANY, | : | ORDER ON INFORMAL APPLICATION |
| Defendant. | : | |

This matter having come before the Court by way of letter dated September 7, 2012, regarding the joint request to stay this action until December 31, 2012 to enable the parties to pursue settlement discussions;

and the Court being advised that such discussions will not commence until October 25, 2012;

and the docket reflecting that certain discovery has taken place but issues exist concerning access to information disclosed as part of the MDL proceeding and the plaintiff's request for a limited number of files from other claims, which is the subject of a motion for reconsideration;

and delaying progress of these two types of discovery until December 31, 2012 is likely to unduly impact these proceedings;

and the Court determining that a stay of all proceedings other than those related to these two items will enable the parties to focus their efforts and resources on settlement and ensure that

the proceedings are not unduly delayed because two tasks that may be time consuming are not completed;

IT IS THEREFORE ON THIS 11th day of September, 2012

ORDERED that the request to stay these proceedings until December 31, 2012 is granted except as follows:  the parties are obligated to take whatever steps are necessary to resolve issues concerning access to information produced in the MDL case and the production the ten files that were the subject of the August 20, 2012 Order (unless there is an order granting reconsideration of this provision of the August 20, 2012 Order);

IT IS FURTHER ORDERED that the case shall be administratively terminated and any request to reactivate the case must be made via joint letter submitted no later than **January 3, 2013;**

IT IS FURTHER ORDERED that if there is a timely request to reactivate the case by the January 3, 2013 deadline, then the following schedule shall apply and no extensions impacting the dates associated with the adjourned Final Pretrial Conference will be granted:

1. Fact discovery and fact depositions shall be completed no later than **April 1, 2013**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **April 19, 2013.**

3. All responding expert reports shall be delivered by **May 1, 2013.**

4. All expert depositions shall be completed by **May 23, 2013.**

5. A final pretrial conference shall be conducted pursuant to Fed. R. Civ. P. 16(d) on **June 27, 2013 at 10:00 a.m.** The Final Pretrial Conference will occur even if there are dispositive motions pending.

6.  The original joint proposed final pretrial order shall be delivered to the CHAMBERS of the Hon. Patty Shwartz no later than **June  18, 2013 at 3:00 p.m.** All counsel are responsible

for the timely submission of the Order; and

      7.  There shall be a telephone status conference with Judge Shwartz on **February 7, 2013 at 9:30 a.m.**

      IT IS FURTHER ORDERED that only the deadlines set forth herein are extended if the case is reactivated.

                                        s/Katharine S. Hayden  
                                        **UNITED STATES DISTRICT JUDGE**