Jeffrey W. Dillon (JD 5894)
Lawrence Klein
Andrew T. Houghton
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone:    212.422.0202
Facsimile:    212.422.0925
Email: andrew.houghton@sedgwicklaw.com

Attorneys for Defendant, Lexington Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.R. BARD, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>　　　　　Defendant. | Civil Action No. 12-50 (KSH) (PS)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE THAT,** effective October 15, 2012, Sedgwick LLP has changed its address from 125 Broad Street, 39th Fl., New York, NY 10004 to 225 Liberty Street, 28th Fl., New York, NY 10281. All future reference to the firm in this matter should be directed to Sedgwick LLP at 225 Liberty Street, 28th Fl., New York, NY 10281. The firm and its lawyers' phone numbers, fax numbers and email addresses have not been affected by this change.

Dated: New York, New York
　　　　October 12, 2012

　　　　　　　　　　　　　　　　SEDGWICK LLP

　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　Jeffrey W. Dillon (JD 5894)
　　　　　　　　　　　　　　　　Lawrence Klein
　　　　　　　　　　　　　　　　Andrew T. Houghton
　　　　　　　　　　　　　　　	Telephone:212.422.0202
　　　　　　　　　　　　　　　	Facsimile: 212.422.0925

　　　　　　　　　　　　　　　	*Attorneys for Defendant*
　　　　　　　　　　　　　　　	*LEXINGTON INSURANCE COMPANY*

NY/1114567v11

To: Jeffrey M. Pollock, Esq.
    Robert J. Rohrberger, Esq.
    FOX ROTHSCHILD LLP
    75 Eisenhower Parkway
    Roseland, New Jersey 07068
    Telephone: (973) 992-4800

    Attorneys for the Plaintiff
    C.R. Bard, Inc.

## CERTIFICATE OF SERVICE

I, Jeffrey W. Dillon, hereby certify and affirm that a true and correct copy of the attached NOTICE OF CHANGE OF ADDRESS was served by ECF on October 12, 2012 upon the following:

> Jeffrey M. Pollock, Esq.
> Robert J. Rohrberger, Esq.
> FOX ROTHSCHILD LLP
> 75 Eisenhower Parkway
> Roseland, New Jersey 07068
> Telephone: (973) 992-4800
>
> Attorneys for the Plaintiff
> C.R. Bard, Inc.

Jeffrey W. Dillon (JD 5894)