ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR  NEW YORK, NY  10281-1008

www.sedgwicklaw.com   212.422.0202  phone   212.422.0925  fax

# Sedgwick LLP

*Andrew T. Houghton*
*212-898-4036*
*Andrew.Houghton@sedgwicklaw.com*

October 26, 2012

*Via ECF and Federal Express*

Honorable Patty Shwartz, U.S.M.J.
United States District Court
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07101

Re:   **C.R. Bard, Inc. v. Lexington Insurance Company**
United States District Court, District of New Jersey, No. 2:12-00050 (KSH)(PS)
Sedgwick File No.: 02331-007509

Honorable Judge Shwartz:

The undersigned represent plaintiff, C.R. Bard, Inc. ("Bard') and defendant, Lexington Insurance Company ("Lexington"), in the above-referenced matter. We write jointly to request a one week extension of the Court's deadline, per its September 18, 2012 Order, requiring the parties to state their positions regarding Lexington's motion for reconsideration.

To permit the parties to engage in settlement discussions beginning on October 25, 2012, the Court stayed this matter by Order dated September 12, 2012 except for certain discovery and Lexington's motion for reconsideration. By Order dated September 18, 2012, the Court terminated the motion and ordered the parties to discuss the issues raised in Lexington's motion for reconsideration at the October 25, 2012 meeting and to jointly submit a letter no later than October 31, 2012 setting forth their positions regarding Lexington's motion for reconsideration.

Yesterday, the parties met at the offices of Lexington's counsel to engage in settlement discussions. The parties are pleased to report that they have jointly assembled a framework for resolution of this lawsuit. At the conclusion of the meeting, the parties agreed to review the discussed framework internally and to communicate to each other as soon as possible whether they will agree to settlement according to the framework that will resolve this matter entirely.

Honorable Patty Shwartz
United States Magistrate Judge
October 26, 2012
Page 2

In light of the progress made at yesterday's meeting and the need for the parties to discuss the framework for settlement internally, the parties respectfully request a one week extension of the deadline to submit the joint letter required by the Court.

Respectfully submitted,

_____                                _____
Andrew T. Houghton                                     Jeffrey M. Pollack
Sedgwick LLP                                           Fox Rothschild
Attorneys for Defendant,                               Attorneys for Plaintiff,
Lexington Insurance Company                            C.R. Bard, Inc.


Cc:     All Counsel of Record (via ECF)

NY/1117801v1